IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ADVANCED EYECARE OF
CENTRAL FLORIDA,

      Appellant,

v.                                                                                  Case No.  5D16-2295

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

      Appellee.

_____/

Opinion filed February 10, 2017

Administrative Appeal from the
Reemployment        Assistance
Appeals Commission.

Jason H. Clark, West Palm Beach,
for Appellant.

Katie E. Sabo, Tallahassee,
for Appellee.

PER CURIAM.

      Advanced Eyecare of Central Florida ("Employer") appeals from a final order of the

Reemployment Assistance Appeals Commission, which affirmed a referee's decision

allowing a terminated employee to receive unemployment benefits.  Having carefully

considered Employer's arguments on appeal and the record before us, we affirm.  See,

e.g., Parker v. Unemployment Appeals Comm'n, 41 So. 3d 1090, 1090 (Fla. 5th DCA

2010) ("An appeal referee's factual determinations are ordinarily presumed to be correct. Thus, if there is substantial competent evidence in the record to support the appeal referee's findings, . . . this court must affirm." (citation omitted)).

AFFIRMED.

COHEN, C.J., SAWAYA and ORFINGER, JJ., concur.